UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOSE DAVID OLVERA-PACHECO,

Petitioner,

v. Case No. 3:26-cv-1826-MMH-LLL

WARDEN, NORTH FLORIDA DETENTION FACILITY and U.S. ATTORNEY GENERAL,

Respondents.

---

**ORDER**

Petitioner Jose David Olvera-Pacheco, an immigration detainee, initiated this action by filing a pro se Petition for Writ of Habeas Corpus (Doc. 1) on July 17, 2026. He asserts that Immigration and Customs Enforcement (ICE) is currently detaining him. Id. at 2. According to Olvera-Pacheco, on July 7, 2026, a state trooper "stopped [the vehicle in which he was a passenger] illegally for no reason. Then the officer called ICE[.]" Id. at 6. He requests release from detention. Id. at 7.

A federal court may grant habeas relief where a petitioner shows that he is "in custody in violation of the Constitution or laws or treaties of the United States[.]" 28 U.S.C. § 2241(c)(3). Here, Olvera-Pacheco has not alleged sufficient facts to establish his entitlement to relief. Indeed, he does not assert

that Respondents violated a particular constitutional right. While the Court can speculate as to the claims Olvera-Pacheco intends to raise, he carries the burden of clearly identifying his claims and the relief he seeks. Because he fails to carry that burden, the Petition is dismissed without prejudice to Olvera-Pacheco's right to refile a § 2241 petition that clearly sets forth allegations about how his detention allegedly violates the Constitution.

Accordingly, it is **ORDERED**:

1. Olvera-Pacheco's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED without prejudice**.

2. The **Clerk** is directed to terminate any motions, enter judgment dismissing the Petition, and close the file.

3. The **Clerk** shall send Olvera-Pacheco a habeas corpus petition under 28 U.S.C. § 2241 and an application to proceed in forma pauperis (prisoner filings).

**DONE AND ORDERED** at Jacksonville, Florida, this 22nd day of September, 2026.

Marcia Morales Howard

MARCIA MORALES HOWARD
United States District Judge

Jax-9 9/21
c:
Jose David Olvera-Pacheco, #A222561552